UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

                                    Hon. Phillip J. Green

v.

                                      Case No. 1:21-mj-00571

JOHN ROSE,

     Defendant.

_____/

## ORDER

Defendant appeared before me on October 27, 2021, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f).  After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing.  I find that his waiver was knowingly and voluntarily entered.

Accordingly**, IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED** on October 27, 2021.

   /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge